| Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Alan S. Wolf**            **BAR ID: 94665**<br>Daniel K. Fujimoto        BAR ID: 158575<br>The Wolf Firm, A Law Corporation<br>2955 Main Street, Second Floor, Irvine, CA  92614<br>**Telephone # (949) 720-9200        Fax #  (949) 608-0128**<br><br>☐  *Individual appearing without counsel*<br>☒  *Attorney for Movant* | **FILED & ENTERED**<br><br>**NOV 30 2009**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY daniels    DEPUTY CLERK** |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re: Alfred Menor dba People Growth Inc. dba Lil Home Care and Lillian Menor<br><br><br><br><br><br>Debtor(s). | CHAPTER: 13 |
| | CASE NO.: 8:08-bk-16037-ES |
| | DATE: 11/3/09<br>TIME: 9:30 a.m.<br>CTRM: 5A<br>FLOOR: 5th |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Real Property)
## (MOVANT: <u>The Bank of New York, as indenture trustee for the Encore Credit Receivables Trust 2005-2 </u>)

1.   The Motion was:          ☐  Contested          ☒  Uncontested          ☐  Settled by Stipulation


2.   The Motion affects the following real property ("Property"):

  *Street Address:* 926 South Hilda Street
  *Apartment/Suite No.:*
  *City, State, Zip Code:* Anaheim, CA 92806


  Legal description or document recording number (including county of recording):

  See Document No. 2005000283589 recorded in the Official Records of Orange County on 4/14/2005


☐  See attached page.


3.   The Motion is granted under:   ☒  11 U.S.C. § 362(d)(1)   ☐  11 U.S.C. § 362(d)(2)   ☐  11 U.S.C. § 362(d)(3)
      ☐  11 U.S.C. § 362(d)(4)


4.   As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
   a.  ☒  Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
   b.  ☐  Annulled retroactively to the date of the bankruptcy petition filing.
   c.  ☐  Modified or conditioned as set forth in Exhibit _____ to this Order.

5.   ☒  Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-
      bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof
      of Claim pursuant to 11 U.S.C. § 501.

*(This Order is continued on next page)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 4001-10.RP**

**F 4001-10.RP**

Order on Motion for Relief from Stay (Real Property) – Page 2 of 6

| In re:<br>Alfred Menor and Lillian Menor | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NUMBER: 8:08-bk-16037-ES |

6. ☐ Movant shall not conduct a foreclosure sale before the following date *(specify)*:

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order.  The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency.  Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:

☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

☐ multiple bankruptcy filings affecting the Property.

If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)4(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing.  Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:

a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

b. ☒ The 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-10-ER)*.

d. ☐ See attached continuation page for additional provisions.

###

DATED: November 30, 2009

*Erithe A. Smith*
United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 4001-10.RP**

**F 4001-10.RP**

Order on Motion for Relief from Stay (Real Property) – Page 5 of 6

| In re:<br>Alfred Menor and Lillian Menor | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NUMBER: 8:08-bk-16037-ES |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document described <u>ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On <u>November 10, 2009</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Debtor: Alfred Menor, 926 S. Hilda Street, Anaheim, CA 92806 (U.S. Mail)
Debtor: Lillian Menor, 926 S. Hilda Street, Anaheim, CA 92806 (U.S. Mail)
Debtor's Counsel: Todd B Becker, 3750 E Anaheim St Ste100, Long Beach, CA 90804 (U.S. Mail)
Chapter 13 Trustee: Amrane Cohen, 770 The City Dr So Ste #3300, Orange, CA 92868 (U.S. Mail)
United States Trustee (SA): 411 W Fourth St., Suite 9041, Santa Ana, CA 92701-4593 (U.S. Mail)
Judge Erithe A. Smith, 411 W. Fourth Street, Suite 5041, Santa Ana, CA 92701-4593 (U.S. Mail)

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/10/09 | Osmayda Nino | /s/ Osmayda Nino |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 4001-10.RP**

**F 4001-10.RP**

Order on Motion for Relief from Stay (Real Property) – Page 6 of 6

| In re:<br>Alfred Menor and Lillian Menor | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NUMBER: 8:08-bk-16037-ES |

**ADDITIONAL SERVICE INFORMATION** (if needed):

JUNIOR LIENHOLDER, COUNTRYWIDE HOME LOANS, INC., SERVED BY U.S. MAIL OR CERTIFIED MAIL


As Scheduled:
Countrywide
P.O. Box 10287
Van Nuys, CA 91410-0287
(via U.S. Mail)


Agent for Service of Process:
Countrywide Home Loans, Inc.
C T Corporation System
818 West Seventh St.
Los Angeles, CA 90017
(via U.S. Mail)


Officer:
Countrywide Home Loans, Inc.
Jack W. Schakett
4500 Park Granada
Calabasas, CA 91302
(via Certified Mail - Article Number 7008 3230 0000 5572 1531)

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 4001-10.RP**

**F 4001-10.RP**

| In re:<br>Alfred Menor and Lillian Menor | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NUMBER: 8:08-bk-16037-ES |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY was entered on the date indicated as   Entered   on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of November 10, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Debtors' Counsel: Todd B. Becker, veloz@toddbeckerlaw.com
Chapter 13 Trustee: Amrane Cohen, efile@ch13ac.com
United States Trustee (SA), ustpregion16.sa.ecf@usdoj.gov
Movant's Counsel: Alan Steven Wolf, wdk@wolffirm.com

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor: Alfred Menor, 926 S. Hilda Street, Anaheim, CA 92806 (U.S. Mail)
Debtor: Lillian Menor, 926 S. Hilda Street, Anaheim, CA 92806 (U.S. Mail)

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an  Entered  stamp, the party lodging the judgment or order will serve a complete copy bearing an  Entered  stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

JUNIOR LIENHOLDER, COUNTRYWIDE HOME LOANS, INC., SERVED BY U.S. MAIL OR CERTIFIED MAIL

☒ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 4001-10.RP**

**F 4001-10.RP**

Order on Motion for Relief from Stay (Real Property) – Page 8 of 6

| In re:<br>Alfred Menor and Lillian Menor<br><br>Debtor(s). | CHAPTER: 13<br><br>CASE NUMBER: 8:08-bk-16037-ES |
| --- | --- |

**ADDITIONAL SERVICE INFORMATION** (if needed):


As Scheduled:
Countrywide
P.O. Box 10287
Van Nuys, CA 91410-0287
(via U.S. Mail)


Agent for Service of Process:
Countrywide Home Loans, Inc.
C T Corporation System
818 West Seventh St.
Los Angeles, CA 90017
(via U.S. Mail)


Officer:
Countrywide Home Loans, Inc.
Jack W. Schakett
4500 Park Granada
Calabasas, CA 91302
(via Certified Mail - Article Number 7008 3230 0000 5572 1531)

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 4001-10.RP**